# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13MJ4020-03 HDY |
| | ) | |
| AUSTIN TAYLOR | ) | |

## ORDER

In addition to the conditions of release contained in the Court's Order of August 19, 2013, the following conditions are imposed:

1. The defendant is to avoid all contact, directly or indirectly, with co-defendant Blake Taylor; and

2. The defendant shall not be present in the Rocky Top residential area.

IT IS SO ORDERED this __20__ day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE